THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY RASMUSSEN and DEBORAH SCHMIDT, | ) ) ) | 4:07CV3041 |
| Plaintiffs, | ) ) ) | **JUDGMENT** |
| vs. | ) ) | |
| SHUBH HOTELS LINCOLN, LLC, a/k/a CORNHUSKER MARRIOTT HOTEL, | ) ) ) ) | |
| Defendant. | ) | |

Pursuant to Plaintiffs' Motion for Dismissal With Prejudice (filing 50), defense counsel's representation that Defendant does not object to Plaintiffs' motion, and Fed. R. Civ. P. 41, this action is dismissed with prejudice, each party to pay its or their own costs.

February 7, 2008.

BY THE COURT:
s/*Richard G. Kopf*
United States District Judge